JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS PAUL RAJSKI, <br><br> Defendant. | No. CR17-221-RSL <br><br> (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO SEAL DOCUMENTS |

THIS MATTER has come before the undersigned on the motion of Dennis Paul Rajski to order that his Motion for Order Recognizing Defendant's True Identifying Information, exhibits, and Proposed Order be filed under seal and secured from public access until further order of the Court. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that the Motion for Order Recognizing Defendant's True Identifying Information, exhibits, and Proposed Order/Order with Mr. Rajski's personal identifying information be filed under seal.

DATED this 23rd day of October, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Ashwin Cattamanchi*
Assistant Federal Public Defender

ORDER TO SEAL DOCUMENTS
(*Dennis Rajski*, CR17-221-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100