JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-221-RSL |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED SECOND MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| DENNIS PAUL RAJSKI, | |
| Defendant. | |

THIS MATTER has come before the undersigned on Dennis Rajski's Unopposed Motion to Modify Conditions of Pretrial Release. The Court has considered the motion and all the records in this case.

IT IS NOW ORDERED that Mr. Rajski's appearance bond shall be modified. The following special condition of his bond shall be stricken: "You shall not possess any Social Security number in any name other than your own and shall not use any identification or documents in the alias David Wesley Keller for the purpose of applying for or establishing new benefits. You shall make reasonable efforts to transfer all identification and documents to your true Social Security number." In its place, the special condition should state: "You may obtain a name change from Dennis Paul Rajski to Wesley Keller. After obtaining the name change to Wesley Keller, you shall not possess any Social Security number in any name other than your own and shall not

ORDER TO MODIFY CONDITIONS
OF PRETRIAL RELEASE
(*Dennis Rajski*, CR17-221-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

use any identification or documents in any name other than your own. You shall make reasonable efforts to transfer all identification and documents to your legal name and true Social Security number." All other conditions of pretrial release as stated in Mr. Rajski's appearance bond shall remain in effect.

DONE this 12th day of December, 2017.

*ROBERT S. LASNIK*
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Ashwin Cattamanchi*
Assistant Federal Public Defender
Attorney for Dennis Rajski

ORDER TO MODIFY CONDITIONS
OF PRETRIAL RELEASE
(*Dennis Rajski*, CR17-221-RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100