UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS PAUL RAJSKI, a.k.a. DAVID WESLEY KELLER,<br><br>Defendant. | Case No. CR17-221RSL<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION |

This matter comes before the Court on defendant's "Motion for Early Termination of Probation." Dkt. #33. Having reviewed the motion and the record contained herein, the Court finds as follows:

(1) Although the government's position regarding early termination is well taken, see Dkt. #34, considering defendant's lengthy period of pretrial supervision, and his successful performance during the last two-and-a-half years of supervision, the Court FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of defendant's supervision is warranted by the conduct of defendant and the interest of justice.

(2) Accordingly, defendant's motion for early termination (Dkt. #33) is GRANTED. IT IS HEREBY ORDERED that defendant's term of probation shall be terminated, effective August 18, 2020.

(3) The Clerk of Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

ORDER GRANTING DEFENDANT'S MOTION
FOR EARLY TERMINATION OF PROBATION - 1

1  IT IS SO ORDERED.

2  DATED this 17th day of August, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
FOR EARLY TERMINATION OF PROBATION - 2